```
MINUTE ENTRY          10:10  a.m
```

UNITED STATES OF AMERICA -v- JIANG, JING JU

PRESENT: HON. ALEX R. MUNSON, Chief Judge Presiding
  SANAE SHMULL,  Court Reporter
  K. LYNN LEMIEUX,  Deputy Clerk
  JAMIE BOWERS, Assistant U. S. Attorney
  BRUCE BERLINE, Court Appointed Counsel for Defendant
  JIANG, JING JU, Defendant

SEALED PROCEEDING:   COMPETENCY HEARING

Defendant was present with court appointed Attorney Bruce Berline.  Government by Jamie Bowers, AUSA.  Also present was translator, Aby Leung.

Attorney Bruce Berline reported to the Court that the Doctor, who is examining the defendant, noted some changes in the defendant's behavior; however, the Doctor's diagnosis remained that the defendant was not competent to stand trial.  Government stated that they do not wish to seek another opinion at this time.

Court ruled that the defendant would be detained for another four months for observation to determine whether he improved and would be able to assist his counsel in the preparation of his trial.  Further, that the defendant be reevaluated at the earliest possible time and receive psychiatric and medical care to assist in getting him to a point that he could stand trial.  Court stated that a written order would be forthcoming.

        Adjourned  at 10:15 a.m.


;    [KLL EOD 03/18/2005]